DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DARIUS DARNELL BURLINSON**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-2183

[November 8, 2018]

Appeal of order denying 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ilona M. Holmes, Judge; L.T. Case Nos. 08-016101CF10B, 08-016285CF10B, 08-016460CF10C, 08-016749CF10B, 08-018523CF10A, 08-019658CF10B, 08-21680CF10B, and 09-03396CF10A.

Darius Burlinson, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***